IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 15-31307 |
| | § | |
| WB MURPHY ROAD | § | |
| DEVELOPMENT, LLC | § | |
| DEBTOR | § | (CHAPTER 7) |
| | § | |
| | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

LoweryBank, a division of Huntington State Bank, a creditor and party in interest, hereby enters its appearance in this case, and The Holoway Jones Law Firm, P.L.L.C. enters its appearance as attorneys for LoweryBank, a division of Huntington State Bank. As directed by Federal Rule of Bankruptcy Procedure 9010(b), the attorney's name, office address, telephone number and telefax number are:

>   Stephanie J. Stigant
>   The Holoway Jones Law Firm, P.L.L.C.
>   407 Julie Rivers Drive
>   Sugar Land, TX  77478
>   Telephone:     (281) 242-8100
>   Fax:           (281) 242-7474
>   Email:         litigation@jonesattorneys.com

LoweryBank, a division of Huntington State Bank, hereby requests that copies of all notices required by the Federal Rules of Bankruptcy Procedure, including notices under Rule 2002(i), be given to it by service upon its attorneys at the address shown above.

LoweryBank, a division of Huntington State Bank, pursuant to Federal Rules of Bankruptcy Procedure 3017(a) further requests that copies of all plans and disclosure statements filed herein by any party be served upon it and its attorneys at the addresses indicated above.

Respectfully submitted,

THE HOLOWAY JONES LAW FIRM, P.L.L.C.
Attorneys at Law

/s/ Stephanie J. Stigant
Stephanie J. Stigant
Texas Bar No. 24058733
Federal Bar No. 1232046
Attorneys for LoweryBank, a division of Huntington State Bank
407 Julie Rivers Drive
Sugar Land, Texas 77478
Telephone: (281) 242-8100
Telefax: (281) 242-7474
(1566.34)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 6th day of March, 2015, 1) the above instrument is being filed electronically, with confirmation to be received that the Electronic Court Filing ("ECF") system has registered such transaction, and with a listing of all persons who have received notice of electronic filing of the above instrument, and 2) the above instrument is being sent by regular first class mail to all persons listed on the confirmation as not having received the filing electronically or which require notice by court rules.

/s/ Stephanie J. Stigant
STEPHANIE J. STIGANT, Attorney for Attorneys for LoweryBank, a division of Huntington State Bank

3