IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 15-31307-H5-7 |
| | § | |
| WB MURPHY ROAD | § | (Chapter 7) |
| DEVELOPMENT LLC | § | |
|   Debtor | § | |

## AFFIDAVIT OF LOWELL CAGE, TRUSTEE

| | |
|---|---|
| | § |
| STATE OF TEXAS | § |
| | § |
| COUNTY OF HARRIS | § |
| | § |

BEFORE ME, the undersigned authority, on this day personally appeared Lowell Cage, Trustee, who, being duly sworn, on oath stated:

1. My name is Lowell Cage. I am over eighteen years of age, of sound mind, and capable of making this affidavit. I am fully competent to testify to the matters stated herein and I have personal knowledge of each of the matters stated herein.

2. I am the Trustee of the bankruptcy estate of WB MURPHY ROAD DEVELOPMENT LLC. ("Debtor").

3. On or about May 10, 2016, Horlander, LLC ("Claimant") filed claim number #50 (the "Claim") in this case in the amount of $100,000.00.

4. As Trustee I dispute the validity of the Claim against the Debtor's estate. I have read the attached Amended Objection to the Claimant's Claim (the "Amended Objection") and

1

provide this Affidavit in support of the Amended Objection. To the best of my knowledge, the statements contained in the Amended Objection are true and correct.

5. Based upon the foregoing and the applicable law, I believe that the Claim should be disallowed.

_____
LOWELL CAGE, TRUSTEE

SUBSCRIBED AND SWORN TO before me on the 21st day of November, 2017.

_____
Notary Public, State of Texas